UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

MATTHEW HARLFINGER )
MARLEE HARLFINGER, and )
ROBERT HARLFINGER, )        04 11787 RWZ
    Plaintiffs, )
 )
v. )        COMPLAINT AND JURY DEMAND
 )
KEITH S. HALPERN, )
    Defendant. )
 )

RECEIPT # 58014
AMOUNT $150
SUMMONS ISSUED Yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

### I. THE PARTIES

1. The Plaintiff, Matthew Harlfinger, is an individual who resides at 246 Highway 85 Connector, Brooks, Georgia; he is nineteen years old (d.o.b. 4/14/85).

2. The Plaintiff, Marlee Harlfinger, is an individual who resides at 246 Highway 85 Connector, Brooks, Georgia. Marlee Harlfinger is the mother of Matthew Harlfinger.

3. The Plaintiff, Robert Harlfinger, is an individual who resides at 246 Highway 85 Connector, Brooks, Georgia. Robert Harlfinger is the father of Matthew Harlfinger

4. The Defendant, Keith S. Halpern, is an attorney who currently maintains his principal place of business at 4 Longfellow Place, 37th Floor, Boston, Massachusetts.

## II.  JURISDICTION

5.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as all parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.

## III.  GENERAL ALLEGATIONS

6.   On or about September 4, 1996, Marlee and Robert Harlfinger, as parents and next friends of their minor son, Matthew, retained the Defendant in connection with their claims for medical negligence against Howard Martin, M.D. A copy of the contingent fee agreement signed by Marlee Harlfinger and the Defendant is attached as Exhibit A.

7.   Dr. Martin is an orthopedic surgeon who provided medical care to Matthew in connection with a fractured right elbow sustained on or about June 26, 1989.

8.   After x-rays were taken, Matthew was diagnosed with a lateral humeral condyle fracture by the doctors who initially provided care to him.

9.   Thereafter, due to complications including infection, on or about August 6, 1989 Matthew came under

the care of Dr. Martin and continued thereunder until September 26, 1989.

10. On September 26, 1989, Dr. Martin released Matthew from his care.

11. Although Matthew's injury previously had been diagnosed as and in fact was a lateral humeral condyle fracture, Dr. Martin misdiagnosed it as a supracondylar/intercondylar fracture of the humerus.

12. Due to hiss misdiagnosis, Dr. Martin failed to provide proper follow-up care and consequently failed to detect the non-union of the lateral humeral condyle.

13. Matthew's non-union of the lateral humeral condyle was not diagnosed until July 17, 1996 resulting in a severe loss of his ability to use his right, dominant arm and severe disfigurement.

14. Had Dr. Martin diagnosed the non-union in a timely fashion, Matthew would not have suffered either the severe loss of his ability to use his arm or the severe disfigurement.

15. On or about April 29, 1997, the Defendant filed a complaint on behalf of Marlee and Robert Harlfinger, as parents and next friends of Matthew Harlfinger against Dr.

Martin, alleging that Dr. Martin's medical negligence caused harm to Matthew.

16. Dr. Martin's answer to the complaint asserted that Matthew's claims were barred by the statute of repose, M.G.L. c. 231, §60D.

17. Because the statute of repose was deemed to have expired on September 26, 1996, seven years after Dr. Martin last saw Matthew, summary judgment was awarded in favor of Dr. Martin and against the Plaintiffs.

18. Following the award of summary judgment, the Defendant continued to represent the Plaintiffs and appealed the decision to the Supreme Judicial Court.

19. On September 5, 2001, the Supreme Judicial Court upheld the summary judgment award in a decision entitled, Matthew Harlfinger, et al. v. Howard Martin, M.D., 435 Mass. 38 (2001).

### IV. CAUSES OF ACTION

**(Professional Negligence/Legal Malpractice)**

20. The Plaintiffs re-allege and incorporate herein by reference the factual allegations contained in paragraphs 1 through 19 above.

21. The Defendant, having held himself out as experienced, competent and skillful and with special

4

expertise in the prosecution of medical negligence cases, owed the Plaintiffs a duty to represent them with a level of skill, care and expertise as would be expected of an attorney specializing in prosecuting medical negligence claims.

22. By failing to file suit before the expiration of the statute of repose, the Defendant breached the duty he owed to the Plaintiffs.

23. As a direct and proximate result of the Defendant's breach, the Plaintiffs were denied their right to prosecute their claims against Dr. Martin and denied any compensation for the damages they suffered as a result of Dr. Martin's negligence.

**WHEREFORE**, the Plaintiffs, Marlee Harlfinger, Robert Harlfinger, and Matthew Harlfinger, demand judgment against the Defendant, Keith S. Halpern, in the amount of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00) together with interest and costs.

### COUNT II

**(Breach of Contract)**

24. The Plaintiffs re-allege and incorporate herein by reference the factual allegations contained in paragraphs 1 through 19 above.

25. By failing to file suit in a timely fashion, the Defendant breached his contract with the Plaintiffs.

26. As a direct and proximate result of his breach of contract, the Plaintiffs lost their right to prosecute their claims against Dr. Martin and were denied any compensation for the damages they suffered as a result of Dr. Martin's negligence.

**WHEREFORE**, the Plaintiffs, Marlee Harlfinger, Robert Harlfinger and Matthew Harlfinger, demand judgment against the Defendant, Keith S. Halpern, in the amount of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00), together with interest and costs.

THE PLAINTIFFS,
By their attorney,

Kevin Donius, Esquire
Corcoran, FitzGerald &
Hennessy, LLC.
500 Granite Avenue
Milton, MA  02186
TEL (617) 696-5700
FAX (617) 696-6704
BBO # 551298

Dated: August 16, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Matthew Harlfinger v._____
   __Keith S. Halpern_____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   [ ] I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   [ ] II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   [X] III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   [ ] IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   [ ] V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                          YES [ ]    NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                          YES [ ]    NO [X]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                          YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                          YES [ ]    NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                          YES [X]    NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [X]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                          YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Kevin Donius
ADDRESS           Corcoran, FitzGerald & Hennessy, LLC, 500 Granite Avenue, Milton, MA 02186
TELEPHONE NO.     (617) 696-5700

(Coversheetlocal.wpd - 10/17/02)

%JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Matthew Harlfinger, Marlee Harlfinger, and Robert Harlfinger

**DEFENDANTS**
Keith S. Halpern

(b) County of Residence of First Listed Plaintiff **Cobb (GA)**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kevin Donius
Corcoran, FitzGerald & Hennessy, LLC
Milton, MA  02186      (617) 696-5700

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence |  | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory Actions |
|  |  / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Section 1332

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** $1,500,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE 8/16/04     SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___