UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11787-RWZ

MATTHEW HARLFINGER         )
MARLEE HARLFINGER, and     )
ROBERT HARLFINGER,         )
    Plaintiffs,            )
                           )
v.                         )
                           )
KEITH S. HALPERN,          )
    Defendant.             )
                           )

THE PARTIES' JOINT PRE-TRIAL STATEMENT

The parties in this action, by their attorneys, hereby submit a Joint Pre-Trial Statement in accordance with the provisions of Fed.R.Civ.P. 16(b) and Local Rule 16.1. The Court has scheduled an Initial Scheduling Conference on Thursday, October 21, 2004.

I.   Statement Of The Case

The Plaintiffs, Matthew Harlfinger and his parents Marlee and Robert Harlfinger, have brought claims against the Defendant for legal malpractice. The Plaintiffs allege the Defendant negligently failed to file a medical malpractice lawsuit on their behalf in a timely manner and, as a result, they lost their right to seek compensation for the injuries resulting from the medical negligence. The underlying medical malpractice action involved allegations that an orthopedic surgeon

1

negligently failed to treat Matthew Harlfinger's broken elbow resulting in permanent loss of function and disfigurement.

## II. Obligation of Counsel to Confer

The parties have conferred with respect to the following: (i) the voluntary exchange of relevant information and documents; (ii) the identification of facts and/or legal issues in dispute; (iii) the nature of discovery contemplated by each party; and (iv) the possibility of settlement and/or alternative dispute resolution upon the completion of discovery.

## III. Proposed Discovery Plan

Pursuant to Fed.R.Civ.P. 16(b), the parties propose the following discovery plan:

A. The parties will serve all written discovery requests by December 15, 2004;

B. Pursuant to Fed.R.Civ.P. 12-15, the parties will file all motions, amendments and supplements to the pleadings, including all motions to add additional parties by February 15, 2005;

C. The parties will complete all factual depositions by July 15, 2005;

D. The Plaintiffs will designate their trial experts and disclose the information set forth in Fed.R.Civ.P.

26(b)(4)(A)(i) by June 15, 2005 and the Defendant will do so by September 15, 2005;

E. The parties will file all dispositive motions, including all motions for summary judgment, by October 15, 2005;

F. The parties will complete all non-expert and expert discovery, including expert depositions, by October 15, 2005;

G. The parties will thereafter attend a final pretrial conference to be scheduled by the court and be prepared to commence trial on the date of said conference.

THE PLAINTIFFS,
By their attorney,

_____
Kevin Donius, Esquire
Corcoran, FitzGerald &
Hennessy, LLC.
500 Granite Avenue
Milton, MA 02186
TEL:(617) 696-5700
FAX:(617) 696-6704
BBO # 551298

THE DEFENDANT,
By his attorney,

_____
James A. Bello, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181
TEL:(617) 737-8803
FAX:(617) 342-4968
BBO # 6335500

Dated: October 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 10/15/03