UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11787-RWZ

| | |
|---|---|
| MATTHEW HARLFINGER, | ) |
| MARLEE HARLFINGER, and | ) |
| ROBERT HARLFINGER, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| KEITH S. HALPERN, | ) |
|     Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record, together with Scott Douglas Burke, on behalf of the above-named defendant, Keith S. Halpern, in the above-referenced matter.

        The Defendant,
        Keith S. Halpern,
        By its Attorneys:

        MORRISON MAHONEY LLP

        /s/ Doyle C. Valley
        Scott Douglas Burke, Esq. BBO#551225
        Doyle C. Valley, Esq. BBO#638578
        250 Summer Street
        Boston, MA 02210
        (617) 439-7500

942915v1