UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11787-RWZ

**MATHEW HARLFINGER, MARLEE HARLFINGER, and ROBERT T. HARLFINGER,**
**Plaintiffs,**

v.

**KEITH HALPERN,**
**Defendant.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly enter the appearance of William T. Bogaert as counsel for the defendant, **Keith Halpern**, in the above captioned matter.

> The Defendant,
> By His Attorneys,
>
> _/s/ William T. Bogaert_
> William T. Bogaert BBO#546321
> Geoffrey M. Coan, BBO# 641998
> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER LLP
> 155 Federal Street
> Boston, MA 02110
> (617) 422-5300

Dated: June 29, 2004

40173.1