UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11787-RWZ

MATHEW HARLFINGER, MARLEE HARLFINGER, and ROBERT T. HARLFINGER,
Plaintiffs,

v.

KEITH HALPERN,
Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly enter the appearance of Geoffrey M. Coan as counsel for the defendant, **Keith Halpern**, in the above captioned matter.

The Defendant,
By His Attorneys,

/s/ Geoffrey M. Coan
William T. Bogaert BBO#546321
Geoffrey M. Coan, BBO# 641998
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: June 29, 2004

40173.1