UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11787-RWZ

| | |
|---|---|
| MATTHEW HARLFINGER, <br> MARLEE HARLFINGER, and <br> ROBERT HARLFINGER, <br>     Plaintiffs, <br> <br> v. <br> <br> KEITH S. HALPERN, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of Doyle C. Valley as counsel of record on behalf of the above-named defendant, Keith S. Halpern, in the above-referenced matter.

Respectfully submitted:

MORRISON MAHONEY LLP


/s/ Doyle C. Valley
Scott Douglas Burke, Esq. BBO#551225
Doyle C. Valley, Esq. BBO#638578
James A. Bello, Esq. BBO#633550
250 Summer Street
Boston, MA 02210
(617) 439-7500

942915v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11787-RWZ

| | |
|---|---|
| MATTHEW HARLFINGER, <br> MARLEE HARLFINGER, and <br> ROBERT HARLFINGER, <br>     Plaintiffs, <br> <br> v. <br> <br> KEITH S. HALPERN, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of Scott Douglas Burke as counsel of record on behalf of the above-named defendant, Keith S. Halpern, in the above-referenced matter.

Respectfully submitted:

MORRISON MAHONEY LLP


/s/ Scott Douglas Burke
Scott Douglas Burke, Esq. BBO#551225
Doyle C. Valley, Esq. BBO#638578
James A. Bello, Esq. BBO#633550
250 Summer Street
Boston, MA 02210
(617) 439-7500

942915v1