UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11787-RWZ

MATTHEW HARLFINGER, MARLEE
HARLFINGER, and ROBERT T.
HARLFINGER,
Plaintiffs,

v.

KEITH HALPERN,
Defendant.

## STIPULATION OF DISMISSAL

The plaintiffs, Matthew Harlfinger, Marlee Harlfinger and Robert T. Harlfinger, and the defendant, Keith Halpern hereby stipulate and agree that this matter be dismissed with prejudice without costs, each party to bear his or their own attorneys' fees and each side waiving their right of appeal.

| | |
|---|---|
| Plaintiffs,<br>Matthew Harlfinger<br>Marlee Harlfinger<br>Robert Harlfinger<br>By their attorney, | Defendants,<br>Keith Halpern<br>By his attorneys, |
| _____<br>Kevin Donius, Esq. BBO #551298<br>Corcoran, Fitzgerald & Hennessy, LLC<br>500 Granite Avenue<br>Milton, MA 02186<br>(617) 696-5700 | _____<br>Geoffrey M. Coan, Esq., BBO # 641998<br>William T. Bogaert BBO#546321<br>Wilson, Elser, Moskowitz, Edelman &<br>Dicker, LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

44516.1